IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,                              Case No. 1:16-CR-4367-002-JMC

v.

LUIS ANGEL GUERRERO,

     Defendant.

### ORDER GRANTING UNOPPOSED
### <u>MOTION TO CONTINUE SENTENCING</u>

On June 15, 2018, Defendant filed an Unopposed Motion to Continue Sentencing for Defendant Luis Angel Guerrero. In that motion, Defendant Guerrero states that his child is anticipated to be born on July 29, 2018 and requests a sixty (60) day continuance of the sentencing hearing. The sentencing hearing is currently scheduled for June 21, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Continue Sentencing (Doc.87) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

Entered for the Court
this the 19th day of June, 2018

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation